# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JEROME HEAVEN, JR.,**

    Plaintiff,

v.                                                                                **Case No: 5:23-cv-279-WFJ-PRL**

**BILLY WOODS, et al.,**

    Defendants.

## ORDER

Plaintiff initiated this action on May 2, 2023, by filing a *pro se* Civil Rights Complaint. (Doc. 1). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis* ("IFP"), paid the filing fee, or requested an extension of time in which to do so. *See* Doc. 2 at 2 (instructing Plaintiff to pay the filing fee or move to proceed IFP within 30 days of the filing of this case).

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2023.

Case 5:23-cv-00279-WFJ-PRL   Document 3   Filed 06/07/23   Page 2 of 2 PageID 19

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party